■ In the Matter of SABRINA CAMPBELL, Respondent, v MARGARET JANUARY, Respondent, and BENNIE CARTER, SR., Appellant. [986 NYS2d 374]—Motion for reargument dismissed. Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH K. RANDLE, Appellant. [986 NYS2d 373]—Motion for reargument denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.